**No. P67/437.**—Aloha Factors and American Customs Brokerage Co. et al. *v.* United States, protests 65/19445, etc. (Honolulu).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 27, 1967

**No. P67/438.**—National Silver Co. et al. *v.* United States, protests 64/20430, etc. (San Diego).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.